**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VINCENT FORRAS,** *et al.***,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **Case No. 1:12-cv-00282-RWR** |
| **v.** | ) | **Judge Richard W. Roberts** |
| | ) | |
| **IMAM FEISAL ABDUL RAUF,** *et al.* | ) | |
| | ) | |
| **Defendants** | ) | |

**JOINT REPORT PURSUANT TO ORDER DATED MARCH 28, 2013**

Pursuant to this Court's Minute Order dated March 28, 2013, Plaintiffs and Defendant

Adam Leitman Bailey ("Bailey"), by their undersigned counsel, hereto jointly report to the Court

as follows:

1.    On March 22, 2012, Bailey filed a Motion to Stay During Pendency of Similar D.C.

Superior Court Action.[1]   In the motion, Bailey advised this Court that Plaintiffs had filed a

motion to dismiss the Superior Court Action without prejudice, and that Bailey had opposed such

motion and asked for a ruling on his motion for judgment on the pleadings with prejudice.

Bailey asked this Court to stay the instant proceedings until a decision was made in the Superior

Court.

2.    On March 28, 2013, this Court granted Bailey's motion for a stay, over Plaintiffs'

objection, and required the parties to submit this Joint Report.

3.     Unbeknownst to counsel for Plaintiffs or Bailey, on August 7, 2012, the Superior

Court issued an Order granting Plaintiffs' motion and dismissing the Superior Court Action

without prejudice.  Apparently the e-filing system went amiss.  Counsel for Bailey only recently

---

[1]  Undersigned counsel for Bailey does not represent Defendant Rauf and makes no representations on his behalf.

learned of the August 7, 2012 Order after receiving this Court's March 28, 2013 Minute Order

and reviewing the Superior Court docket.

4.      Counsel for Plaintiffs and Bailey have conferred, and they agree that, with this

Court's permission, Bailey may have one month from the date of this Joint Report to file a

Motion to Dismiss, which is how he intends to respond to the Complaint.

WHEREFORE, Plaintiffs and Defendant Bailey respectfully request that the Court lift the

stay on these proceedings and give Defendant Bailey one month to file his Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| /s/ *Larry Klayman* | */s/ Christopher G. Hoge* |
| Larry Klayman | Christopher G. Hoge |
| D.C. Bar No. 334581 | D.C. Bar No. 203251 |
| | |
| Klayman Law Firm | Crowley, Hoge & Fein, P.C. |
| 2020 Pennsylvania Avenue, N.W. | 1730 Rhode Island Avenue, N.W. |
| Suite 345 | Suite 1015 |
| Washington, D.C.  20006 | Washington, D.C. 20036 |
| (310) 595-0800 | (202) 483-2900 |
| leklayman@gmail.com | chfcgh@aol.com |

cgh/z/wpdirs/civ
abaileyjointreport.doc